**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00299-CV**

_____

**LAYNE WALKER, Appellant**

**V.**

**STEPHEN HARTMAN, Appellee**

_____

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-198,246**

_____

**ORDER**

Appellee filed a motion to recuse Chief Justice Steve McKeithen on September 23, 2016. I certify the matter to the court for decision. *See* Tex. R. App. P. 16.3(b).

ORDER ENTERED September 29, 2016.

_____
STEVE MCKEITHEN
Chief Justice